# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 93-cr-00567-BLOOM

JORGE BUENO-SIERRA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ON MOTION FOR RELIEF FROM FINAL JUDGMENT

**THIS CAUSE** is before the Court upon Petitioner's Motion for Relief from Final Judgment Under Federal Rule of Civil Procedure 60(d)(3), ECF No. [329] (the "Motion"). The Court has considered the Motion, all supporting and opposing filings, the relevant authority, and is otherwise duly advised in the premised. For the reasons that follow, the Motion is denied.

### I.    BACKGROUND

The history of this case is set forth in the Eleventh Circuit Court of Appeal's decision issued on January 29, 2018 in *U.S. v. Bueno-Sierra*, 17-12418. There, the court addressed the Petitioner's appeal of the district court's denial of his §2255 motion. The Eleventh Circuit held that because Bueno-Sierra was attempting to raise new claims, and to relitigate previous claims that challenged the validity of his convictions and sentence, Bueno-Sierra was required to ask the Eleventh Circuit to authorize the district court to consider a successive § 2255 motion. See 28 U.S.C. § 2244(b)(3)(A). Without such authorization, the district court lacked subject matter jurisdiction to consider either of Bueno-Sierra's Rule 60 motions. (citing *Farris v. United States*,

333 F.3d at 1211 (11th Cir. 2003)). Accordingly, the district court was without jurisdiction to deny Bueno-Sierra's Rule 60 motions.

On February 27, 2018, The Eleventh Circuit issued a mandate directing this Court to vacate the district court's April 24, 2017 order denying Bueno-Sierra's Rule 60(d)(3) motion and its May 10, 2017 order denying Bueno-Sierra's Rule 60(b)(6) motion with instructions to dismiss these two Rule 60 motions for lack of subject matter jurisdiction. Consistent with the Eleventh Circuit's opinion, it is

**ORDERED AND ADJUDGED** that

1. Petitioner's Motion for Relief from Final Judgment Under Federal Rule of Civil Procedure 60(d)(3), **ECF Nos. [317], [319] and [329]**, are **DISMISSED FOR LACK OF JURISDICTION.**

2. **No** certificate of appealability shall issue.

3. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 28th day of February, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Jorge Bueno-Sierra
U.S.P. Atlanta FCI
P.O. Box 150160
Atlanta, GA 30315
Reg 43039-004