UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 93-cr-00567-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE ELIECER BUENO-SIERRA,

    Defendant.
_____/

## ORDER DENYING MOTION TO APPOINT COUNSEL

**THIS CAUSE** is before the Court upon the Defendant's Notice of Appeal, ECF No. [352], and Motion to Appoint Counsel, ECF No. [353] ("Motion"). On May 6, 2019, the Court entered an order denying Defendant's motion seeking a reduction in his sentence under the First Step Act of 2018, finding that Defendant is not eligible for relief because he was not convicted of a covered offense under the Act. *See* ECF No. [351] ("Order"). On May 21, 2019, Defendant filed his Notice of Appeal with respect to the Court's Order, in which he also requests that the Court appoint counsel "in order to investigate and research, in order to make [a] determination on whether, which of the ["multiple – "different"] provisions and or clarifying changes in law, that he is entitled to receive relief under." ECF No. [352] at 1. However, it is well settled that 18 U.S.C. § 3006A(c) does not provide a statutory right to counsel for a § 3582(c) motion, nor is there a constitutional right to counsel for this type of proceeding. *United States v. Webb*, 565 F.3d 789, 794-95 (11th Cir. 2009). As such, "the decision to appoint an attorney is left to the discretion of the district court." *Id*. at 795. As the Court noted in its Order, the only provision of the First Step Act applicable to Defendant is section 404, under which Defendant is not eligible for relief because he

was convicted for offenses involving powder cocaine—not cocaine base, or crack. *See* Order, ECF No. [351]. Therefore, Defendant's Motion, **ECF No. [353]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 22, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Jorge Eliecer Bueno-Sierra
43039-004
Atlanta-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 150160
Atlanta, Georgia 30315