UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 93-cr-00567-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE ELIECER BUENO-SIERRA,

    Defendant.
_____/

## ORDER DENYING MOTION TO APPOINT APPELLATE COUNSEL

**THIS CAUSE** is before the Court upon the Defendant's Motion for Appointment of Counsel, ECF No. [412] ("Motion"). On December 27, 2024, the Court denied Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A), Defendant's Motion for Reconsideration of the Court's denial of his previous motion for a reduced sentence, and Defendant's Motion for Appointment of Counsel. ECF No. [400]. On March 21, 2025, Defendant filed a Notice of Appeal. ECF No. [408].

Defendant requests that the Court "appoint him an attorney to handle this [appeal] to the Eleventh Circuit Court of Appeals" because he is "ignorant in the matter[s] and nuances of law and he cannot do himself justice in this matter." *Id.* at 1. Defendant states he "really needs a trained lawyer knowledgeable in the field of his issue(s) on [a]ppeal to achieve the [relief] desired[.]" *Id.* As the Court stated in its December 27, 2024 Order, "Defendant has 'no constitutional or statutory right to counsel for a motion for compassionate release.'" ECF No. [400] at 16 (quoting *United States v. Mollica*, 640 F. Supp. 3d 1209, 1219 (N.D. Ala. Nov. 9, 2022). Therefore, "the decision to appoint an attorney is left to the discretion of the district court." *United States v. Webb*, 565 F.3d

789, 795 (11th Cir. 2009). The appointment of counsel for an appeal of a denial of a motion for compassionate release is no different. *United States v. Saintil*, 536 F. App'x 902, 905 (11th Cir. 2013) (defendant's argument that district court abused discretion by declining to appoint appellate counsel to appeal denial of Section 3582(c)(2) motion was "squarely foreclosed by [Eleventh Circuit] precedent."). Therefore, Defendant's Motion, **ECF No. [412]**, is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 16, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Jorge Eliecer Bueno-Sierra
43039-004
Victorville Medium II - FCI
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 3850
Adelanto, CA 92301
PRO SE