UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 93-cr-00567-BLOOM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORGE ELIECER BUENO-SIERRA,

    Defendant.
_____/

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

**THIS CAUSE** is before the Court upon Defendant's Motion for Leave to Appeal in Forma Pauperis ("Motion"). ECF No. [421], filed on July 7, 2025. Defendant filed his Motion in connection with appeal number 25-10969-H. ECF No. [421] at 1. However, on June 5, 2025, the Eleventh Circuit dismissed appeal number 25-10969-H for want of prosecution, stating Defendant

> failed to pay the filing and docketing fees to the district court, or alternatively, file a motion to proceed in forma pauperis in this court and file a Transcript Order Form and failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

ECF No. [419] at 2.

On June 4, 2025, the Eleventh Circuit dismissed Defendant's appeal number 25-11086-H for the same reason. ECF No. [418] at 2. Therefore, Defendant does not have any pending appeals.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion, **ECF No. [421]**, is **DENIED AS MOOT**.

Case No. 93-cr-00567-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 9, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

Jorge Eliecer Bueno-Sierra
43039-004
Victorville Medium II - FCI
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 3850
Adelanto, CA 92301
PRO SE